**Ofelya MALOYAN, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 06–75050.**

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed April 7, 2009.

Areg Kazaryan, Law Offices of Areg Kazaryan, Glendale, CA, for Petitioner.

Kevin James Conway, Esquire, Richard M. Evans, Esquire, Gregory Michael Kelch, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Ofelya Maloyan, a native and citizen of Armenia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying her motion to reopen based on ineffective assistance of counsel. We have jurisdiction pursuant to 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Singh v. Gonzales*, 491 F.3d 1090, 1095 (9th Cir. 2007), we deny the petition for review.

The BIA did not abuse its discretion in denying Maloyan's motion to reopen because the motion was filed more than two years after the BIA's order dismissing the underlying appeal, *see* 8 C.F.R. § 1003.2(c)(2), and Maloyan failed to establish that she acted with the due diligence required for equitable tolling. *See Singh,* 491 F.3d at 1096–97.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

